UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANE RECTENWALD and RENATE RECTENWALD,<br><br>    Plaintiffs,<br><br>v.<br><br>ABRAHAM AND KEVORK, LLC,<br><br>    Defendant. | NO: 2:16-CV-143-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is Plaintiffs' Notice of Voluntary Dismissal, ECF No. 5. Having reviewed the Notice and the record and being fully apprised, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Notice of Voluntary Dismissal, **ECF No. 5**, is **APPROVED**. Plaintiffs' Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1


1  The District Court Clerk is directed to enter this Order, provide copies to

2  counsel, and **close this case**.

3  **DATED** this 11th day of October 2016.

4

5          *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
6          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER OF DISMISSAL WITH PREJUDICE ~ 2